# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3956

_____

Donald W. Duncan,　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
　　　　　　Appellant,　　　　　　　*
　　　　　　　　　　　　　　　　　　*　Appeal from the United States
　　v.　　　　　　　　　　　　　　*　District Court for the
　　　　　　　　　　　　　　　　　　*　Eastern District of Arkansas.
Benton Police Dept.,　　　　　　　*
　　　　　　　　　　　　　　　　　　*　[UNPUBLISHED]
　　　　　　Appellee.　　　　　　　*

_____

Submitted: August 22, 2007
Filed: August 24, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Donald Duncan appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action. We agree that dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable George Howard, Jr., late a United States District Judge for the Eastern District of Arkansas.